UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE - 4036
1704 Maxwell Drive
Suite 206
Wall NJ 07719
(732) 681-6800
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Edwin Henry | Case No.: _____ 25-19164 _____<br><br>Judge: _____ MEH _____<br><br>Chapter:      13 |

Recommended Local Form:  ☑ Followed  ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____ Edwin Henry _____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____ 11/12/2025 _____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any
reason, an updated Certification will be filed with the Court prior to any
subsequent Confirmation hearing date in the event any of the information
contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  11/11/2025                          /s/ Edwin Henry                          
                                            Signature of Debtor

DATED:                                                                              
                                            Signature of Joint Debtor

new.5/23/06;jml