Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.:  25−19164−MEH
              Chapter:  13
              Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin R Henry
   89 Cheyenne St.
   Asbury Park, NJ 07712

Social Security No.:
   xxx−xx−3769

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 20, 2025.

Dated: November 20, 2025
JAN: mjb

                                                                                                                          Jeanne Naughton
                                                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-19164-MEH

Edwin R Henry  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Nov 20, 2025 | Form ID: plncf13 | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin R Henry, 89 Cheyenne St., Asbury Park, NJ 07712-7753 |
| 520856078 | | All In Federal CRedit Union, PO Box 653, Birmingham, AL 35201-0653 |
| 520820557 | + | Hyde Park Association, Inc., c/o Semer Law Firm LLC, 49 Cliffwood Avenue, Suite 1C, Cliffwood, NJ 07721-1413 |
| 520796888 | | JCP&L, PO Box 371422, Pittsburgh, PA 15250-7422 |
| 520796890 | | New Jersey Natural Gass, PO Box 11743, Newark, NJ 07101-4743 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Nov 20 2025 21:13:10 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| 520853262 | + | Email/Text: BankruptcyNotices@aafes.com | Nov 20 2025 21:18:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 520876367 | + | Email/Text: bkattorneynotices@gmail.com | Nov 20 2025 21:18:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 520876368 | + | Email/Text: opportunitynotices@gmail.com | Nov 20 2025 21:19:00 | Capital Community Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 520813025 | | Email/Text: BankruptcyNotices@firsttechfed.com | Nov 20 2025 21:17:00 | First Tech Federal Credit Union, PO BOX 2100, Beaverton, OR 97075 |
| 520875897 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 20 2025 21:19:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520812536 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 20 2025 21:18:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520796889 | + | Email/Text: mail@ldf-holdings.com | Nov 20 2025 21:18:00 | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 520816382 | + | Email/PDF: cbp@omf.com | Nov 20 2025 21:13:09 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520796891 | + | Email/Text: opportunitynotices@gmail.com | Nov 20 2025 21:19:00 | Opportunity Financial, LLC, 130 E Randolph St., Suite 3400, Chicago, IL 60601-6379 |
| 520799787 | + | Email/Text: bankruptcy@gopfs.com | Nov 20 2025 21:19:00 | PRESTIGE FINANCIAL SERVICES, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520796892 | ^ | MEBN | Nov 20 2025 21:05:39 | BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 Prestige Financial Services, 351 Opportunity Way, Draper, UT 84020-1399 |
| 520804773 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 20 2025 21:28:14 | Regional Acceptance Corporation, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 520856077 | + | Email/Text: rmorgan@krpfirm.com | Nov 20 2025 21:18:00 | Ryan Morgan, Kudulis, Reisinger, & Price LLC, PO Box 653, Birmingham, AL 35201-0653 |
| 520796893 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 20 2025 21:19:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520800374 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 20 2025 21:19:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520866938 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2025 21:26:19 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520866550 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 20 2025 21:15:34 | Wells Fargo Bank, N.A., Attn: Bankruptcy Department, MAC N9286-01Y,, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Hyde Park Association, Inc., c/o Semer Law Firm, LLC, 49 Cliffwood Ave., Suite 1C, Cliffwood, NJ 07721-1413 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Dean L. Semer | on behalf of Creditor Hyde Park Association  Inc. dsemer@semerlaw.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 20, 2025 | Form ID: plncf13 | Total Noticed: 25 |

Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Cerbone

    on behalf of Debtor Edwin R Henry jamescerboneesq@gmail.com 23855@notices.nextchapterbk.com

Kimberly A. Wilson

    on behalf of Creditor Wells Fargo Bank N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7