| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>25-17355 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | Order Filed on December 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Edwin R Henry,<br>Debtor. | Case No: 25-19164-MEH<br><br>Hearing Date: November 12, 2025<br><br>Judge: MARK EDWARD HALL<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: December 11, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>25-17355 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Edwin R Henry,<br>Debtor. | Case No: 25-19164-MEH<br><br>Hearing Date: November 12, 2025<br><br>Judge: MARK EDWARD HALL<br><br>Chapter: 13 |

      The Consent Order pertains to the property located at 4850 Milligantown Road, Hurlock, MD 21643, mortgage account ending with "1688";

      This Matter having been brought before the Court by, James J. Cerbone, Cerbone Law Firm, Esquire, attorney for Debtor, Edwin R Henry (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Wells Fargo Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

      1.     The Parties agree that this consent order shall be made part of the Confirmation Order.

      2.     The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#11) which lists pre-petition arrears in the amount of $6,713.73.

      3.     If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Wells Fargo Bank, N.A.'s allowed secured Proof of Claim.

    4.    Debtor shall timely pay the monthly post-petition mortgage payment in the amount of $386.19 direct to creditor outside the plan. Said amount is subject to changes in accordance with the terms of the note and mortgage.

    5.    If the Debtor fails to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Bankruptcy Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and Debtor's attorney.

    6.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| BROCK AND SCOTT, PLLC | DEBTOR |
|---|---|
| Wells Fargo Bank, N.A. | |
| By Its Attorney, | By Their Attorney, |
| /s/ Kimberly A. Wilson | /s/ [signature] |
| Kimberly A. Wilson | James J. Cerbone, Esquire |
| (Bar No. 031441997) | Attorney for Debtor |
| Attorney for Creditor | 1704 Maxwell Drive, |
| BROCK & SCOTT, PLLC | Suite 206, |
| 3825 Forrestgate Drive | Wall, NJ 07719 |
| Winston-Salem, NC 27103 | Phone Number: 732-681-6800 |
| Telephone: 844-856-6646 | Fax: 732-681-7787 |
| Facsimile: 704-369-0760 | Email: jamescerboneesq@gmail.com |
| E-Mail: njbkr@brockandscott.com | |
| Dated: 12/10/2025 | Dated: 12/2/25 |

United States Bankruptcy Court
District of New Jersey

In re:  
Edwin R Henry  
    Debtor

Case No. 25-19164-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 11, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edwin R Henry, 89 Cheyenne St., Asbury Park, NJ 07712-7753 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Dean L. Semer | on behalf of Creditor Hyde Park Association Inc. dsemer@semerlaw.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Edwin R Henry jamescerboneesq@gmail.com 23855@notices.nextchapterbk.com |
| Kimberly A. Wilson | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7