Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−19164−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin R Henry
   89 Cheyenne St.
   Asbury Park, NJ 07712

Social Security No.:
   xxx−xx−3769

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/25/26 at 09:00 AM

to consider and act upon the following:

*36* − Creditor's Certification of Default (related document:30 Order Resolving Creditor's Objection to Chapter 13 Plan) filed by Kimberly A. Wilson on behalf of Wells Fargo Bank, N.A.. Objection deadline is 02/11/2026. (Attachments: # 1 Exhibit # 2 Exhibit) (Wilson, Kimberly)

Dated: 2/5/26

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court