Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 25−19164−MEH
                        Chapter: 13
                        Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edwin R Henry
    89 Cheyenne St.
    Asbury Park, NJ 07712

Social Security No.:
    xxx−xx−3769

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/25/26 at 09:00 AM

to consider and act upon the following:

*36 −* Creditor's Certification of Default (related document:30 Order Resolving Creditor's Objection to Chapter 13 Plan) filed by Kimberly A. Wilson on behalf of Wells Fargo Bank, N.A.. Objection deadline is 02/11/2026. (Attachments: # 1 Exhibit # 2 Exhibit) (Wilson, Kimberly)

Dated: 2/5/26

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Edwin R Henry  
    Debtor

Case No. 25-19164-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 05, 2026      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edwin R Henry, 89 Cheyenne St., Asbury Park, NJ 07712-7753 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Dean L. Semer | on behalf of Creditor Hyde Park Association Inc. dsemer@semerlaw.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Edwin R Henry jamescerboneesq@gmail.com 23855@notices.nextchapterbk.com |
| Kimberly A. Wilson | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 05, 2026 | Form ID: ntchrgbk | Total Noticed: 1

on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7