| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| Standing Chapter 13 Trustee | PO Box 933 |
| PO Box 4853 | Memphis, TN  38101-0933 |
| Trenton, NJ  08650-4853 | |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-19164 / MEH**

Edwin R Henry

Petition Filed Date: 09/01/2025
341 Hearing Date: 10/02/2025
Confirmation Date: 11/12/2025

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/05/2025 | $968.00 | | 12/29/2025 | $1,000.00 | | 12/30/2025 | $968.00 | |
| 02/04/2026 | $970.00 | | | | | | | |

**Total Receipts for the Period:  $3,906.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,906.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Edwin R Henry | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,063.00 | $2,718.74 | $344.26 |
| 1 | PRESTIGE FINANCIAL SERVICES<br>»» 2020 INFINTI QX60 | Debt Secured by Vehicle | $663.51 | $0.00 | $663.51 |
| 2 | UPSTART NETWORK, INC. | Unsecured Creditors | $10,593.92 | $0.00 | $10,593.92 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 2013 VOLKSWAGEN PASSAT/IN FULL | Debt Secured by Vehicle | $2,427.55 | $0.00 | $2,427.55 |
| 4 | New Jersey Natural Gas | Unsecured Creditors | $2,420.11 | $0.00 | $2,420.11 |
| 5 | JERSEY CENTRAL POWER & LIGHT<br>»» FIRSTENERGY | Unsecured Creditors | $2,471.27 | $0.00 | $2,471.27 |
| 6 | First Tech Federal Credit Union | Unsecured Creditors | $3.28 | $0.00 | $3.28 |
| 7 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2006 VOLKSWAGEN JETTA | Debt Secured by Vehicle | $114.04 | $0.00 | $114.04 |
| 8 | HYDE PARK ASSOCIATION, INC.<br>»» UNPAID HOMEOWNERS ASSN FEES | Secured Creditors | $4,015.55 | $0.00 | $4,015.55 |
| 9 | HYDE PARK ASSOCIATION, INC.<br>»» UNPAID HOMEOWNERS ASSN FEES | Unsecured Creditors | $275.00 | $0.00 | $275.00 |
| 10 | ARMY & AIR FORCE EXCHANGE SERVICES | Unsecured Creditors | $3,786.44 | $0.00 | $3,786.44 |
| 11 | All In Credit Union | Unsecured Creditors | $1,874.74 | $0.00 | $1,874.74 |
| 12 | WELLS FARGO BANK, NA<br>»» NP/4850 MILLIGANTOWN RD/1ST<br>MTG/CONSENT ORDER 12/11/25 | Mortgage Arrears | $6,713.73 | $0.00 | $6,713.73 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $264.75 | $0.00 | $264.75 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $248.71 | $0.00 | $248.71 |
| 15 | FEDERAL HOME LOAN MORTGAGE CORP<br>»» P/89 CHEYEENNE ST/1ST MTG | Mortgage Arrears | $24,387.64 | $0.00 | $24,387.64 |

**Chapter 13 Case No. 25-19164 / MEH**

| 16 | CAPITAL COMMUNITY BANK | Unsecured Creditors | $2,038.24 | $0.00 | $2,038.24 |
|----|------------------------|---------------------|-----------|-------|-----------|
| 17 | SOUTHWOOD FINANCIAL LLC TRUST 1 »» STUDENT LOAN | Unsecured Creditors No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,906.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $2,718.74 | Current Monthly Payment: | $968.00 |
| Paid to Trustee: | $289.04 | Arrearages: | $934.00 |
| Funds on Hand: | $898.22 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

