Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
### Chapter 13 Case No. 25-19164 / MEH

Edwin R Henry
89 Cheyenne St.
Asbury Park, NJ   07712

Petition Filed Date: 09/01/2025
341 Hearing Date: 10/02/2025
Confirmation Date: 11/12/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/05/2025 | $968.00 | TFS | 12/29/2025 | $1,000.00 | TFS | 12/30/2025 | $968.00 | TFS |
| 02/04/2026 | $970.00 | TFS | 02/25/2026 | $968.00 | TFS | | | |

**Total Receipts for Period: $4,874.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,874.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Edwin R Henry | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,063.00 | $2,718.74 | $344.26 |
| 1 | PRESTIGE FINANCIAL SERVICES<br>»» 2020 INFINTI QX60 | Debt Secured by Vehicle | $663.51 | $0.00 | $663.51 |
| 2 | UPSTART NETWORK, INC. | Unsecured Creditors | $10,593.92 | $0.00 | $10,593.92 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 2013 VOLKSWAGEN PASSAT/IN FULL | Debt Secured by Vehicle | $2,427.55 | $0.00 | $2,427.55 |
| 4 | New Jersey Natural Gas | Unsecured Creditors | $2,420.11 | $0.00 | $2,420.11 |
| 5 | JERSEY CENTRAL POWER & LIGHT<br>»» FIRSTENERGY | Unsecured Creditors | $2,471.27 | $0.00 | $2,471.27 |
| 6 | First Tech Federal Credit Union | Unsecured Creditors | $3.28 | $0.00 | $3.28 |
| 7 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2006 VOLKSWAGEN JETTA | Debt Secured by Vehicle | $114.04 | $0.00 | $114.04 |
| 8 | HYDE PARK ASSOCIATION, INC.<br>»» UNPAID HOMEOWNERS ASSN FEES | Secured Creditors | $4,015.55 | $0.00 | $4,015.55 |
| 9 | HYDE PARK ASSOCIATION, INC.<br>»» UNPAID HOMEOWNERS ASSN FEES | Unsecured Creditors | $275.00 | $0.00 | $275.00 |
| 10 | ARMY & AIR FORCE EXCHANGE SERVICES | Unsecured Creditors | $3,786.44 | $0.00 | $3,786.44 |
| 11 | All In Credit Union | Unsecured Creditors | $1,874.74 | $0.00 | $1,874.74 |
| 12 | WELLS FARGO BANK, NA<br>»» NP/4850 MILLIGANTOWN RD/1ST<br>MTG/CONSENT ORDER 12/11/25 | Mortgage Arrears | $6,713.73 | $0.00 | $6,713.73 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $264.75 | $0.00 | $264.75 |

**Chapter 13 Case No. 25-19164 / MEH**

| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $248.71 | $0.00 | $248.71 |
|----|------------------------------------------|----------------------|----------|--------|----------|
| 15 | FEDERAL HOME LOAN MORTGAGE CORP<br>»» P/89 CHEYEENNE ST/1ST MTG | Mortgage Arrears | $24,387.64 | $0.00 | $24,387.64 |
| 16 | CAPITAL COMMUNITY BANK | Unsecured Creditors | $2,038.24 | $0.00 | $2,038.24 |
| 17 | SOUTHWOOD FINANCIAL LLC TRUST 1<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,874.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $2,718.74 | Current Monthly Payment: | $968.00 |
| Paid to Trustee: | $360.67 | Arrearages: | ($34.00) |
| Funds on Hand: | $1,794.59 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.tfsbillpay.com to register!**

**View your case information online for *FREE*!  Register today at
www.ndc.org or scan this code to get started!**



EOF