UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
 Caption in Compliance with D.N.J. LBR 9004-1(b)

JAMES J. CERBONE, ESQ. 4036
1704 Maxwell Drive, Suite 206
Wall, NJ  07719
Phone: 732-681-6800
Email: JamesCerboneEsq@gmail.com
Attorney for:
Edwin R Henry

In Re:                                                              Case No.:  25-19164

Edwin R Henry                                                  Judge: EJO

                                                                       Chapter:  13


### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. X Motion for Relief from the Automatic Stay filed by Prestige Financial Services, creditor,

A hearing has been scheduled for April 29, 2026, at 9:00 AM.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .


☐  Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.


2. I oppose the above matter for the following reasons (choose one):

☐  Payments have been made in the amount of $ _____ , but have not been

accounted for.  Documentation in support is attached.

X Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):  I can will be able to become current before the hearing date.

☐  Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date:       April 21, 2026                                /s/ Edwin R Henry
                                                                   Debtor's Signature

Date:       April 21, 2026

                                                                   Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1),  this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.