B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of New Jersey _____

In re  Edwin R Henry _____ ,                Case No.  25-19164-EJO _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

COMPUTERSHARE TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST _____

Wells Fargo Bank, N.A

_____ Name of Transferee _____      _____ Name of Transferor _____

Name and Address where notices to transferee should be sent:
> Rushmore Servicing Bankruptcy Department P.O. Box 619096 Dallas, TX 75261-9741

Court Claim # (if known): ____11-1____
Amount of Claim: ____$58,514.99____
Date Claim Filed: ____10/30/2025____

Phone: __877-888-4623_____
Last Four Digits of Acct #: _____4354_____

Phone: __800-274-7025_____
Last Four Digits of Acct. #: ____1688____

Name and Address where transferee payments should be sent (if different from above):
> Rushmore Servicing Bankruptcy Department P.O. Box 619096 Dallas, TX 75261-9741

Phone: __877-888-4623_____
Last Four Digits of Acct #: ____4354____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles Wohlrab _____          Date: __04/27/2026_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# DOCUMENT MANAGEMENT
# SDI IMAGING COVERSHEET



**Capital Markets**
**Missing P2**

Loan
Number:

**Mail to:** Single Doc Imaging
MAC N9162-01X
1801 Park View Drive
Shoreview, MN 55126

| **Recording Type:** |
| **CHECK** |

| **Priority Flag:** |
| |

| **Queue:** |

| **County requirements:** | **Work Type:** |
| | **Standard** |

| Deal Name | WFNPA 2025-01 |
| MAC #: | |
| Jurisdictio | Dorchester |
| State | MD |
| Borrower | JENKINS, THEODORE |

OPTION 1

**INDEX ALL FOLLOWING PAGES USING STANDARD INDEXING RULES**
(Please ensure there is a circled Wells Fargo loan number on the first page of each document)

OPTION 2

☒   **INDEX ALL FOLLOWING PAGES TO THIS DOC TYPE & LOAN #:**

| Client | 708 |

| Doc | Assignment (unrecorded) - 00602 |

☐   **LEGAL DESCRIPTION**

Mail To
Attorney:

Wells Fargo Home Mortgage
1801 Park View Drive
MAC
Shoreview, MN 55126

March 25, 2026

DORCHESTER LAND RECORDS
206 HIGH ST.
ROOM 103
CAMBRIDGE, MD  21613

# Coversheet - for informational purposes only, please do not record coversheet.

Dear Sir/Madam,

Enclosed please find check payment for Assignment(s).
1. Please record the enclosed Assignment(s).
2. Please return the original recorded Assignment, using   the enclosed return envelope.

**If you choose not to use the return envelope, the mail code <u>MAC N9162-01X</u> and <u>Attn: Assignment Team</u> must be part of the mailing address for proper return delivery.**

If there are any questions or concerns, please contact the Assignment Team (612) 478-6752. If via email please send to: SIAOMRequestMailbox@wellsfargo.com

Thanks for your help!

Sincerely,

Assignment Team
Wells Fargo Home Mortgage

BATCH ID: _____
DOC COUNT:_____
PRIORITY CODE:_____
TPS?  YES / NO

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
1801 PARK VIEW DRIVE
MAC.
SHOREVIEW, MN  55126

---

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**Dorchester, Maryland**
"JENKINS"

Date of Assignment: *3-26-2026*

Assignor: WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. at 1 HOME CAMPUS, DES MOINES, IA  50328
Assignee: COMPUTERSHARE TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST at 919 NORTH MARKET STREET, SUITE 1600, WILMINGTON, DE  19801

Executed By: THEODORE B. JENKINS AND FLORENCE A. JENKINS HUSBAND AND WIFE  To: WELLS FARGO HOME MORTGAGE, INC
Date of Deed of Trust: 11/14/2003  Recorded: 12/08/2003  in Book/Reel/Liber: 0554 Page/Folio: 0372  In the County of Dorchester, State of Maryland.
Property Address: 4850 MILLIGANTOWN ROAD, HURLOCK, MD  21643

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above-named assignee, the said Deed of Trust having an original principal sum of $86,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said assignee forever, subject to the terms contained in said Deed of Trust.

IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.
On *3-26-2026*

By: _____
      Xee Vang
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Ramsey

This instrument was acknowledged before me, _____Josiah O'Connor_____, a Notary Public, on __MAR 26 2026__ by _____Xee Vang_____ as Vice President Loan Documentation of WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC..

WITNESS my hand and official seal,

_____
      Josiah O'Connor
Notary Expires: 1/31/28

JOSIAH O'CONNOR
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

(This area for notarial seal)

**PREPARED BY: WELLS FARGO BANK, N.A.**

UNITED STATES BANKRUPTCY COURTDISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC as Servicer for COMPUTERSHARE TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST
T: (212) 471-5100
F: (212) 471-5150

In Re:
Edwin R Henry
Debtor

Case No.: 25-19164-EJO

Chapter: 13

Adv. No.:

Hearing Date:

Hon. Judge: Eamonn J. O`Hagan

## CERTIFICATE OF SERVICE

1. I, Gloria Garcia:

   ☐ represent _____ in this matter.
   ☒ am the secretary/paralegal for Charles Wohlrab, Esq., who represents COMPUTERSHARE TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST in this matter.

2. On April 27, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   -TRANSFER OF CLAIM

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 27, 2026

/s/ Gloria Garcia
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Edwin R Henry<br>89 Cheyenne St.<br>Asbury Park, NJ 07712 | Debtor(s) | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
|  | Co-Debtor(s) | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| James J. Cerbone<br>Cerbone Law Firm<br>1704 Maxwell Drive<br>Suite 206<br>Wall, NJ 07719 | Debtor(s) Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Bankruptcy Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>Other_ (as authorized by the court *) |

Firm Case No. 262203-1

| | | |
|---|---|---|
| U.S. Trustee<br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other        (as authorized by<br>the court *) |

3