**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re _Edwin R. Henry_____ ,        Case No. __25-19164_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __11__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____April 27, 2026_____.

_Wells Fargo Bank, NA_
Name of Alleged Transferor

Address of Alleged Transferor:
Attn: Bankruptcy Department
MAC N9286-01Y,
Default Document Processing
P.O. Box 1629
Minneapolis, MN 55440-9790

_Rushmore Servicing_ Bankruptcy Dept
Name of Transferee

Address of Transferee:
P.O. Box 619096
Dallas, TX 75261-9741

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
| --- |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _April 27, 2026_____

Jeanne A. Naughton
**CLERK OF THE COURT**