UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-17355 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

EDWIN R HENRY

Case No:  25-19164-MEH

Hearing Date: April 29, 2026

Judge:  MARK EDWARD HALL

Chapter:  13

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☐ Settled        ☒ Withdrawn

Matter: Creditor's Certification of Default [36]

Date: April 29, 2026                    /s/Kimberly A. Wilson
                                             Signature

*rev.8/1/15*

<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-17355 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

</td></tr>
</table>

| | |
|---|---|
| In Re:<br><br>EDWIN R HENRY | Case No:  25-19164-MEH<br><br>Hearing Date: April 29, 2026<br><br>Judge:  MARK EDWARD HALL<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1.  I, Elizabeth Oliver:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in this matter.

☐ am the _____ in this case and am representing myself.

2.  On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Status Change Form

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:   April 29, 2026                           /s/  *Elizabeth Oliver*
                                                            Elizabeth Oliver


| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| EDWIN R HENRY<br>89 CHEYENNE ST.<br>ASBURY PARK, NJ 07712 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| JAMES J. CERBONE<br>1704 MAXWELL DRIVE<br>SUITE 206<br>WALL, NJ 07719 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*