Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−19164−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Edwin R Henry
  89 Cheyenne St.
  Asbury Park, NJ 07712

Social Security No.:
  xxx−xx−3769

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Eamonn James O'Hagan on:

Date:       5/20/26
Time:       02:00 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Debtor's Attorney

COMMISSION OR FEES
fee: $4,843.75

EXPENSES
expenses: $0.

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 30, 2026
JAN:

                                   Jeanne Naughton
                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-19164-EJO

Edwin R Henry                                                                    Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 3

Date Rcvd: Apr 30, 2026                      Form ID: 137                              Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin R Henry, 89 Cheyenne St., Asbury Park, NJ 07712-7753 |
| cr | + | Prestige Financial Services, Inc., PO Box 340514, Tampa, FL 33694-0514 |
| cr | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 520856078 | | All In Federal CRedit Union, PO Box 653, Birmingham, AL 35201-0653 |
| 520820557 | + | Hyde Park Association, Inc., c/o Semer Law Firm LLC, 49 Cliffwood Avenue, Suite 1C, Cliffwood, NJ 07721-1413 |
| 520796890 | | New Jersey Natural Gass, PO Box 11743, Newark, NJ 07101-4743 |
| 521087969 | + | Rushmore Servicing Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520983396 | + | Southwood Financial LLC Trust I, PO Box 650367, Sterling, VA 20165-0367 |

TOTAL: 8


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 30 2026 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 30 2026 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 30 2026 21:27:20 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| 520853262 | + | Email/Text: BankruptcyNotices@aafes.com | Apr 30 2026 21:28:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 520876367 | + | Email/Text: bkattorneynotices@gmail.com | Apr 30 2026 21:28:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 520876368 | + | Email/Text: opportunitynotices@gmail.com | Apr 30 2026 21:29:00 | Capital Community Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 520914166 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 30 2026 21:28:00 | Delmarva Power, PO Box 13609, Philadelphia PA 19101-3609 |
| 520813025 | | Email/Text: BankruptcyNotices@firsttechfed.com | Apr 30 2026 21:27:00 | First Tech Federal Credit Union, PO BOX 2100, Beaverton, OR 97075 |
| 520875897 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 30 2026 21:29:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520796888 | | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 30 2026 21:28:00 | JCP&L, PO Box 371422, Pittsburgh, PA 15250-7422 |
| 520812536 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 30 2026 21:28:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520796889 | + | Email/Text: mail@ldf-holdings.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Apr 30, 2026 | Form ID: 137 | Total Noticed: 30

| | | | |
|---|---|---|---|
| | | Apr 30 2026 21:28:00 | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 520816382 | + Email/PDF: cbp@omf.com | | |
| | | Apr 30 2026 21:27:16 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520796891 | + Email/Text: opportunitynotices@gmail.com | | |
| | | Apr 30 2026 21:29:00 | Opportunity Financial, LLC, 130 E Randolph St., Suite 3400, Chicago, IL 60601-6379 |
| 520799787 | + Email/Text: bankruptcy@gopfs.com | | |
| | | Apr 30 2026 21:29:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 520796892 | ^ MEBN | | |
| | | Apr 30 2026 21:20:42 | Prestige Financial Services, 351 Opportunity Way, Draper, UT 84020-1399 |
| 520804773 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Apr 30 2026 21:37:29 | Regional Acceptance Corporation, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 520856077 | + Email/Text: rmorgan@krpfirm.com | | |
| | | Apr 30 2026 21:28:00 | Ryan Morgan, Kudulis, Reisinger, & Price LLC, PO Box 653, Birmingham, AL 35201-0653 |
| 520796893 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Apr 30 2026 21:29:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520800374 | + Email/Text: peritus@ebn.phinsolutions.com | | |
| | | Apr 30 2026 21:29:00 | Upstart Network, Inc, c/o Peritus Portfolio Services, II, LLC, PO Box 1149, Grapevine, TX 76099-1149 |
| 520866938 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 30 2026 21:27:08 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520866550 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Apr 30 2026 21:27:18 | Wells Fargo Bank, N.A., Attn: Bankruptcy Department, MAC N9286-01Y,, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Hyde Park Association, Inc., c/o Semer Law Firm, LLC, 49 Cliffwood Ave., Suite 1C, Cliffwood, NJ 07721-1413 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name** | **Email Address**

District/off: 0312-3                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 30, 2026                       Form ID: 137                                    Total Noticed: 30

Albert Russo
                    docs@russotrustee.com

Andrew L. Spivack
                    on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Charles G. Wohlrab
                    on behalf of Creditor COMPUTERSHARE TRUST COMPANY  N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
                    AS OWNER TRUSTEE FOR NBE ASSET TRUST bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
                    on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC as Servicer for COMPUTERSHARE TRUST
                    COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST
                    bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Dean L. Semer
                    on behalf of Creditor Hyde Park Association  Inc. dsemer@semerlaw.com

Gavin Stewart
                    on behalf of Creditor Prestige Financial Services  Inc. bk@stewartlegalgroup.com

James J. Cerbone
                    on behalf of Debtor Edwin R Henry jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

Kimberly A. Wilson
                    on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC as Servicer for COMPUTERSHARE TRUST
                    COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST
                    kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Kimberly A. Wilson
                    on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Matthew K. Fissel
                    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest
                    Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11