JAMES J. CERBONE, ESQUIRE - 4036
1704 MAXWELL DRIVE
SUITE 206
WALL, NJ 07719
(732) 681-6800
Attorney for: Edwin R Henry,

**Order Filed on May 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Edwin R Henry

DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.:        25-19164- EJO

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:

**ORDERED** that, James J. Cerbone, Esq., the applicant, is allowed a fee of $4,843.75 for

services rendered and expenses in the amount of $ 0  for a total of $4,843.75          .

The allowance is payable:

X  through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $        per month for the

remaining months to allow for payment of the above fee.