JAMES J. CERBONE, ESQUIRE - 4036
1704 MAXWELL DRIVE
SUITE 206
WALL, NJ 07719
(732) 681-6800
Attorney for: Edwin R Henry,

**Order Filed on May 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Edwin R Henry

DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.:       25-19164- EJO

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:

ORDERED that, James J. Cerbone, Esq., the applicant, is allowed a fee of $4,843.75 for

services rendered and expenses in the amount of $ 0  for a total of $4,843.75          .

The allowance is payable:

X  through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $        per month for the

remaining months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 25-19164-EJO

Edwin R Henry                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                        Page 1 of 2

Date Rcvd: May 21, 2026                 Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID            Recipient Name and Address**
db              +   Edwin R Henry, 89 Cheyenne St., Asbury Park, NJ 07712-7753

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Charles G. Wohlrab | on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC as Servicer for COMPUTERSHARE TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor COMPUTERSHARE TRUST COMPANY  N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Dean L. Semer | on behalf of Creditor Hyde Park Association  Inc. dsemer@semerlaw.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: May 21, 2026                       Form ID: pdf903                                 Total Noticed: 1

Gavin Stewart
                    on behalf of Creditor Prestige Financial Services  Inc. bk@stewartlegalgroup.com

James J. Cerbone
                    on behalf of Debtor Edwin R Henry jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

Kimberly A. Wilson
                    on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Kimberly A. Wilson

                    on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC as Servicer for COMPUTERSHARE TRUST
                    COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST
                    kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Matthew K. Fissel

                    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest
                    Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11