UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JAMES J. CERBONE, ESQ. 4036
1704 Maxwell Drive, Suite 206
Wall, NJ 07719
Phone: 732-681-6800
Email: JamesCerboneEsq@gmail.com
Attorney for:
Edwin R Henry

| | |
|---|---|
| In Re: | Case No.: 25-19164 |
| Edwin R Henry | Judge: EJO |
| | Chapter: 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. X Motion for Relief from the Automatic Stay filed by Rocket Mortgage, LLC et al , creditor,

A hearing has been scheduled for September 23, at 9:00 AM.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for ______________________________, at ____________.

☐ Certification of Default filed by _________________________________,

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

X Payments have been made in the amount of $1,200.00, but have not been

accounted for. Documentation in support is attached.

X Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer): Remaining balance of $77.88 and Septembers payment will be made by September 15th, 2026.

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 7, 2026

/s/ Edwin R Henry
Debtor's Signature

Date: September 7, 2026

Debtor's Signature

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.