Order Filed on October 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**FRIEDMAN VARTOLO LLP**<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Rocket Mortgage, LLC s/b/m to Nation star Mortgage LLC d/b/a Rushmore Servicing as Servicer for COMPUTERSHARE TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST | CASE NO.: 25-19164-EJO<br><br>CHAPTER: 13<br><br>JUDGE: Eamonn J. O`Hagan<br><br>HEARING DATE: September 23, 2026 at 9:00 AM |
| In Re:<br><br>Edwin R Henry,<br><br>Debtor(s) | |

Recommended Local Form ☐ Followed ☒ Modified

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 15, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Applicant: Rocket Mortgage, LLC s/b/m to Nation star Mortgage LLC d/b/a Rushmore Servicing as Ser-vicer for COMPUTERSHARE TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NBE ASSET TRUST
Applicant's Counsel: Friedman Vartolo LLP
Debtor's Counsel: James J. Cerbone, Esquire
Property (Collateral): 4850 Milligantown Rd, Hurlock, MD 21643
Relief Sought:

- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒ The Debtor is overdue for __1_ month for **September 1, 2026**.

☒ The Debtor is overdue for _1__ payment at **$418.28** per month.

☐ The Debtor is assessed for __ late charges at $___ per month.

☒ Applicant acknowledges suspense funds s in the amount of **$104.21**.

**Total Arrearages Due: $314.07**

2. Debtor must cure all post-petition arrearages, as follows:

☒ Immediate payment shall be made in the amount of **$314.07.** Payment shall be received by Applicant no later than **September 30, 2026**.

☒ Beginning on **October 1, 2026** regular monthly mortgage payments shall continue to be made.

☐ Beginning on _______________additional monthly cure payments shall be made in the amount of $_______________for _______________ months.

☐ The amount of ___________ shall be capitalized in the debtor's Chapter 13 plan.

3. Payments to the Secured Creditor shall be made to the following address:

Rocket Mortgage, LLC s/b/m to Nationstar Mortgage
LLC d/b/a Rushmore Servicing
8950 Cypress Waters Boulevard
Coppell, TX 75019

4. In the event of default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay, and co-debtor stay where applicable, as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorney's fees of **$500.00** and costs of **$199.00**

The fees and costs are payable:

☒ Through the Chapter 13 Plan.

☐ To the Secured Creditor within ________ days

☐ Attorney's fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ James J. Cerbone
James J. Cerbone, Esq.
*Attorney for Debtor*
Date: 10/12/2026

/s/ Charles G. Wohlrab
Charles Wohlrab, Esq.
*Attorney for Secured Creditor*
Date: 10/13/2026